UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CARLOS H. LOPEZ, individually, | Case No.: 1:12-cv-21487-UU |
| Plaintiff, | |
| | Date: May 11, 2012 |
| v. | |
| SETAI OWNERS LLC, a foreign limited liability company; and GHM (SOUTH BEACH) LLC, a foreign limited liability company | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fla. R. Civ. P. 1.420 (a)(1), the Plaintiff, CARLOS H. LOPEZ, here and through the undersigned counsel, dismisses his Complaint filed against Defendant, SETAI OWNERS, LLC, without prejudice. In support thereof, the Plaintiff states that, as of the date of this filing, no Answer has been filed, no Summary Judgment Motion has been filed, and there has been no response from Defendant, SETAI OWNERS, LLC. This is the first dismissal of the Complaint.

Respectfully submitted, May 11, 2012.

/s/ R. Edward Rosenberg
*R. EDWARD ROSENBERG, ESQ.*
FELDMAN, FOX & MORGADO, P.A.
100 N. Biscayne Blvd., Suite 2902
Miami, FL 33132
FBN: 0088231
Phone: (305) 222-7850
Fax:    (305) 384-4676

## **CERTIFICATION**

     I, R. Edward Rosenberg, hereby certify that on May 11, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts CM/ECF system.

                                            /s/ R. Edward Rosenberg
                                            R. EDWARD ROSENBERG, ESQ.