UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-21487-CIV-UNGARO

CARLOS H. LOPEZ,

    Plaintiff,

v.

SETAI OWNERS, LLC, *et al.*,

    Defendants,

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal.  (D.E. 9.)

THE COURT has reviewed the Notice and is otherwise fully advised in the premises. The Notice cites to the state rule governing dismissal of actions (Fla. R. Civ. P. 1.420), but is nonetheless effective to dismiss this case without a Court order.  *See* Fed. R. Civ. P. 41(a)(1)(A). Accordingly, it is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of May, 2012.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record